1NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00006-RFB-EJY |
| Plaintiff, | **GOVERNMENT'S UNOPPOSED MOTION TO SEAL EXHIBITS TO SENTENCING MEMORANDUM** |
| v. | |
| RICARDO ROBLES-NIEVES, | |
| Defendant. | |

As part of its sentencing memorandum in this case, the government filed three exhibits at ECF 33-1, 33-2, and 33-3. The defense has requested that these exhibits be sealed. The government has no objection to sealing these exhibits at this time until the Court can address the basis for that sealing at the sentencing scheduled for December 16, 2019.

Respectfully submitted this 10th day of December, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00006-RFB-EJY |
| Plaintiff, | |
| v. | |
| RICARDO ROBLES-NIEVES, | |
| Defendant. | |

**[Proposed] Order Sealing Exhibits to Sentencing Memorandum**

Based on the pending motion, and good cause appearing therefor, IT IS HEREBY ORDERED that Exhibits 1, 2, 3 (filed at ECF 33-1, 33-2, and 33-3) to United States' Sentencing Memorandum in the above-captioned matter shall be sealed until further Order of the Court.

DATED this __11th__ day of December, 2019.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE